UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-00273-FDW

| | |
|---|---|
| JAMES DAVID NANNEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ERIC A. HOOKS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court upon James David Nanney's motion for a certificate of appealability. (Doc. No. 11.) The Court dismissed Petitioner's amended 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (Doc. No. 4) as untimely. (Doc. No. 7.) In its order dismissing the Petition, the Court denied Petitioner a certificate of appealability. (Doc. No. 7 at 5 ¶5.) Accordingly, the instant motion for a certificate of appealability is moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion for a certificate of appealability (Doc. No. 11) is **DENIED**.

Signed: September 19, 2019

Frank D. Whitney
Chief United States District Judge